# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-12657 |
| | ) | |
| VICTOR ZAVALETA, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: COX |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
MO Marshall, Chapter 13 Trustee: ecf@55chapter13.com

*To the following persons or entities who have been served via U.S. Mail:* See attached list.

PLEASE TAKE NOTICE that on **June 14, 2021**, at **9:00 A.M**., I will appear before the Honorable Judge **COX**, or any judge sitting in that judge's place, and present the **Motion to Extend Time For Debtor To File A Claim On Behalf Of Creditor (Claim No. 8)**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 273 2896** and the password is **778135**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at

Wheeling, Illinois 60090, on or before May 24, 2021, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: <u>May 24, 2021</u>          /s/ Robert C. Bansfield Jr.
                                              Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
rbansfield@davidmsiegel.com

*To the following persons or entities who have been served via U.S. Mail:*

Victor Zavaleta
1807 N. Karlov Ave. Apt. 2
Chicago, IL 60639

David M. Katinsky
Chief, CTS-Northern
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044

United States Attorney
Civil Process Clerk
219 S. Dearborn St. Room 500
Chicago, IL 60604

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

City Of Chicago Department of Finance
C/O Arnold Scott Harris P.C.
111 W Jackson Blvd Suite 600
Chicago, IL 60604

Capital One Auto Finance, a division of Capital One
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

National Collegiate Student Loan Trust 2007-4
PO Box 4275
Norcross, GA 30091

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Home Credit LLC
6240 Sprint Parkway
Overland Park, KS 66211

Lotsu Digestive Health & Nutrition Center
840-842 W. Adams St.
Chicago, IL 60607

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In Re: | ) | 19-12657 |
|---|---|---|
|  | ) |  |
| VICTOR ZAVALETA, | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) | Hon. Judge: COX |

## MOTION TO EXTEND TIME FOR DEBTOR TO FILE A CLAIM ON BEHALF OF CREDITOR (CLAIM NO. 8)

NOW COMES, the Debtor, **Victor Zavaleta**, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On May 1, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on July 22, 2019. MO Marshall is the appointed Trustee in this case.

3. The Debtor's confirmed Chapter 13 plan provides for payments of $675.00 for 60 months, with payments to the General Unsecured Creditors of not less than 10% of their allowed claims.

4. Debtor was recently notified of a change in his tax liability for 2018, resulting in the Debtor owing a debt to the Internal Revenue Service.

5. The deadline for filing a proof of claim was Jul 10, 2019, for all creditors except governmental units, and October 28, 2019, for governmental units. The time for the Debtor to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

6. The Debtor owes the IRS $2,244.00, as unsecured, priority debt.

7. The Debtor intends that the debt owed to the IRS be paid through his Chapter 13 plan, and desires to file a claim on behalf of said creditor to provide for that payment.

8. The Debtor further seeks that payment under the claim for said creditor be allowed and the time to file claims to be extended.

9. Payment of the debt owed to said creditor will not render the Debtor's Chapter 13 plan unfeasible, and will not unfairly impair the rights of the other creditors of the Debtor.

10. The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 10% of their allowed claims.

WHEREFORE, the Debtor, **Victor Zavaleta**, prays that this Honorable Court enter an Order to Extend Time for Debtor to File a Claim on Behalf of Creditor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr. ARDC #6329415
Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100
rbansfield@davidmsiegel.com